# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

## MOTION BY A PERSON IN FEDERAL CUSTODY
## TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

| UNITED STATES DISTRICT COURT | Division | |
|---|---|---|
| Name of Movant/Defendant: Stacy L. Butler | Prisoner No. 05313-017 | Case No. 5:03Cr5-003 MCR |
| Place of Confinement (including address): TERRE HAUTE U.S.P. P.O. BOX 33 Terre Haute, Indiana 47808 | | |
| UNITED STATES OF AMERICA | v. STACY L. BUTLER (name under which convicted) | |

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack: United States District Court, Northern District of Florida, Panama City Div.

2. Date of judgment of conviction: 7-20-2004

3. Length of sentence: 387 months

4. Nature of offense involved (all counts): Count one - Armed Bank Robbery 18 U.S.C. 2113(a) 2113(d) and 2, Count two Carrying and brandishing a firearm during and in relation to a crime.

5. What was your plea? (Check one)
   (a) Not Guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: entered a guilty plea to both counts.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial? Yes ☐ No ☒

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2008 AUG 25 AM 10: 51

FILED

1

8. Did you appeal from the judgment of conviction to the Eleventh Circuit Court of Appeal?
   Yes ☐  No ☑

9. If you did appeal, answer the following:

   (a) Result: _____N/A_____

   (b) Date of result and mandate: _____N/A_____

10. Did you file a petition for rehearing?
    Yes ☐  No ☑

11. If you did file a petition for rehearing, provide the date and result of the petition: _____N/A_____

12. Did you file a petition for certiorari review?
    Yes ☐  No ☑

13. If you did file a petition for certiorari review, provide the date and result of the petition: _____N/A_____

14. Have you previously filed any post-conviction petitions, applications or motions, including previous § 2255 motions, with respect to this judgment in any federal court?
    Yes ☑  No ☐

15. If your answer to 14 was "yes," give the following information:

    (a) (1) Name of court: United States Discrit Court northern District Panama City, FL

    (2) Nature of proceeding: To proceed in forma Pauperis and motion to withdraw plea agreement

    (3) Grounds raised: Breach of Plea agreement and ineffective assistance of Counsel.

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☑

    (5) Result: NO results motions denied.

    (6) Date of result: 10/11/05  5/02/06  11/22/06  4/07/08

    (b) If you filed more than one such petition, please include the same information requested in 11(a) on a separate sheet of paper.

2

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on your petition, application or motion?
  (1) First petition, etc.        Yes ☐    No ☑
  (2) Second petition, etc.    Yes ☐    No ☑

(d) If you did *not* appeal from the adverse action of any petition, application or motion, explain briefly why you did not: I am lamine to the law, I do not have any legal skills in law and I had to pay a jail house lawyer to file my 2255 in which was lost with my property during hurricane Rita. I also tried to obtain legal assistence (see: exhibits) (A) and (B)

16. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

**Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**

A. Ground one: Breach of plea agreement by the Goverment.

Supporting FACTS (state *briefly* without citing cases or law): My plea agreement dated 4/27/2004 was supersede 5/26/2004 once it was excepted, in which the goverment did without facing adverse consequences as suposed.

B. Ground two: Ineffective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law): My representing attorney allowed the goverment to re-submitt a plea agreement without objecting to there actions and I acted upon advise of my counsel knowledge, upon re-entering a plea. Please see attachment #(1)

3

C. Ground three: My lack of Knowledge of the law.

Supporting FACTS (state *briefly* without citing cases or law): The fact that I paid a jail house lawyer to file my 2255 cleary shows my lack of Knowledge of the law and addition I sought legal assistance from a legal research center.

D. Ground four: The lost of my property in which a timely 2255 was among my personnel belongings

Supporting FACTS (state *briefly* without citing cases or law): The lost of my property justify equitable tolling and constitute an impediment.

17. As to the grounds listed in 16A, B, C, and D, explain whether any grounds were previously presented, and for those that were not previously presented, state *briefly* your reasons for not presenting them: I presented the government breach of plea agreement on several motions to withdraw a plea and I've raised the issue of ineffective assistance of counsler. I did not raise issues of my lost of my property and my lack of law because I had no knowledge that they were issues.

18. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐   No ☑

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

4

(b) Give date and length of the above sentence: ___N/A___

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☑

16. What relief do you request from this Court? _The right to withdrawl my plea replacing the Original plea and or right to a Jury trail._

Wherefore, movant prays that the Court grant the relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty or perjury that the foregoing is true and correct. Executed on:

_8  21  08_
(Date)

_____
Signature of Movant/Defendant

**IF MAILED BY PRISONER:**

I declare or state under penalty of perjury that this petition was (check one):
☑ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:

_8  21  08_ (date).

_____
Signature of Movant/Defendant

Revised 07/02

5

# Attachment #(1)     p.g. 1 of 1

MR. Patterson as my represenative of counsel has shown and demostrated ineffective assistance of counsel because mr. Patterson was coerssive and durress thoughout his representation I enetered a plea 4/27/04 of 7yrs. in which the court excepted. 2 weeks later mr. Patterson stated that I had to withdrawl the 7yr. plea and plea out to 25yrs. so not to make matters worst for myself by co-oprerating with the gouverment and if I did not the gouverment was going to appeal and win the matter. Mr. Patterson later stated to me oraly that he knew I was supose to plea out to 25yrs. but did not want me to bring the issue up during a P.S.I. interview in which I ask questions about concurrent sentencing. Theres several cases that has been examined and accord to my situation by and though mr. Patterson lack of interest and ineffectiveness I would have taking a different approach in my defense. According to the plea agreement (sentence) #(6) Do defendant know what the sentence is, mr. Patterson did not inform me of a 25yr sentence iniatialy prior to the first plea of the 7yrs. (sentence #13) Counsel did not fully explain nor go over a plea agreement before entry of plea of 7yrs. or after change of plea. Please see plea agreement p.g.#(4) of terms (J)(I)(K) and (L) p.g.#(6) of plea revocation (B)(1)and(2) p.g.#(7) sentencing Guidelines (A) p.g.#(8) continueance of Sentencing Guidelines (D) p.g.#(9) conclusion-6) Sentence #10 as stated I was coerseed by mr. Patterson in which voulountariness which was requested by counsel. Also see plea agreement p.g.#(9) conclusion. The defendant enters this agreement knowingly, voluntarily and upon advice of counsel. MR. Patterson did not object to the Goverment decsion as supose as my represenative of counsel demostrating a lack of interest and ineffectiveness assistance of counsling.

Attachment # (1) Contineance        pg. 2 of 1

I did not file a direct appeal because I was destressed and actually thanked the counsler for his assistances. I Stacy L. Butler feels that my rights to a Jury trail was violated under the sixth amendment. It cleary shows that I did everything voulintary but upon the aduise of my counsler in which I claim was inefective for informing me to do so without the proper knowledge as set forth in plea. Defendant enters this agreement knowingly, voulintarily and upon advice of counsel.

Stacy Butler   05373-017

8 21 08

Exhibit (A)

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPR OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**
South Central Regional Office
4211 Cedar Springs
Suite 300
Dallas, TX 75219

**2. Name, Address of claimant and claimant's personal representative. If (See Instructions on reverse.) (Number, street, city, State and Zip C**
Stacy Butler
United States Penitentiary
P.O. Box 26030
Beaumont Texas 77720

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☐ CIVILIAN
**4. DATE OF BIRTH:** 2/17/76
**5. MARITAL STATUS:** NONE
**6. DATE AND DAY OF ACCIDENT:** Friday 9/30/05
**7. TIME (A.M. OR P.M.):** 5:45

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)
Why Housed in FB temporary Special housing unit cell 308 there was a use of force I was roughly pulled out of my cell. My property was already packed done by me my self. After I was removed from the cell. Officers removed my property in which was wrapped up in a orung sheet. I saw of my property no more. L.T. Van Ness was present. The Property officer Szemborski said that its a strong possibility that it was throw away and to file a torch claim.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructi on reverse side.) 3 legal envelopes containing legal work, personal mail containing family photos, personal address book, 2 Speed stick deoderant 2 cocoa butter sticks sure stick Roll-on cometics ect, am-Fm walkman w/head Phones Radio Batteries Shower Slides.

**10.** See Attachment of PERSONAL INJURY/WRONGFUL DEATH Page one.
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STA NAME OF INJURED PERSON OR DECEDENT. Lower Back and left wrist, cuts on both wrist and right big toe caused by a units teams use of force, strong possibility that left wrist is sprung.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| L.T. Von Ness | United States Penitentiary |
| Property officer Zsemborski | P.O. Box 26030 |
| Officer Sherman | Beaumont texas 77720 |

All of Beaumont USP

**12.** (See Instructions on reverse) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Personal Property legal mail, Personal mail, Radio, cosmetic | left wrist Right Big toe lower back | NONE | $244.35 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAI AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| [signature] 05373-017 | NONE | 10-12-05 |

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine of not more than $10,000 or Imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-109   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable.   PRESCRIBED BY DEPT. OF JUSTICE

 

**U.S. Department of Justice**

**Federal Bureau of Prisons**

South Central Regional Office     Dallas, Texas 75219

JUN 1 3 2006

MEMORANDUM FOR BUTLER, Stacy Leon
                 Reg. No. 05373-017
                 USP Beaumont

FROM:          Linda Nutt, Paralegal Specialist
               South Central Region

SUBJECT:       Administrative Tort Claim - TRT-SCR-2006-03644

This acknowledges our receipt of your claim for alleged loss or damage to personal property.

The Federal Tort Claims Act affords the government six (6) months from the date the claim was filed (**June 5, 2006**) to make an administrative decision in this matter. A response will be mailed to you via certified mail on or before December 2, 2006.

If further information is needed to establish your submission as a claim for relief under the Federal Tort Claims Act, we will contact you and request the necessary information.

Please advise this office of your release date and release address if you are going to be released within six months of the date of this memorandum.

jw

8 21 08

Exhibit (B)

# Jose Francisco & Associates
# Legal Research Center, Inc.

5201 Blue Lagoon Drive, 8th Floor
Miami, Florida 33126
(305) 629-3220 (Office)
(305) 675-0304 (Fax)
*Se Habla Español*

www.jose-francisco-2255.com                research_2255@justice.com

August 8, 2005

Stacey Butler
Reg. 05373-017
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720

8 21 08

Dear Ms. Butler,

    Please send a copy of your Pre Sentence Investigation Report, Indictment, and any Appellate Briefs you may have for our review. Once we have reviewed these documents, we will advise you as to whether or not we can assist you in any manner.

Sincerely yours,

Jose Francisco

JF/mm

---

[1] The Legal Research Center, Inc. only works under the supervision of licensed counsel as mandated under the *Matter of Easler*, 275 S.C. 400 (1980), 272 S.Ed.2d 32 (1980) and *Matter of Jorissen*, 391 N.W.2d 822, 825 (Minn. 1986). The firm is not represented by its employees as Attorney's or as a Law Office. We strongly recommend you obtain the advice of licensed counsel prior to making any legal decisions.