IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.   Case No:   5:03cr5/MCR
      5:08cv266/MCR/MD

STACY L. BUTLER

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 27, 2008. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 153) is summarily DISMISSED as untimely.

DONE AND ORDERED this 8th day of October, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**