IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 5:03-cr-5-MCR-GRJ

STACY L. BUTLER,

_____/

## **O R D E R**

This matter is before the Court on Doc. 126, Petitioner's "Application to Proceed for Transcript in Forma Pauperis and Declaration in Support of Application." Petitioner previously filed a petition for habeas corpus under 28 U.S.C. § 2255, which was dismissed on October 8, 2008. (Doc. 84.) Petitioner requests copies of his docket sheet, his sentencing transcript, discovery in his case, and several Federal Rules. Petitioner's motion includes a financial affidavit in support of his request to obtain such copies at no cost.

Congress has addressed the circumstances under which the Clerk may provide copies of documents from the Court's record to a petitioner without cost in a federal habeas proceeding:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

28 U.S.C. § 2250.

Here, § 2250 is inapplicable because Petitioner's habeas petition is no longer

pending, and was indeed resolved several years ago. Moreover, even if the Court granted Petitioner leave to proceed as a pauper for the purpose of requesting copies, the Court would deny his request for free copies because he has made no showing of specific need for the requested documents. Indigent petitioners are not automatically entitled to free copies, and whether to order the Clerk to provide free copies rests within the Court's discretion. *See id*. Here, Petitioner has not demonstrated that he has made any effort to obtain copies of the requested documents, such as the sentencing transcript and discovery in his criminal case, from his counsel.

If Plaintiff wishes to receive copies of any pleadings from the Clerk, he must tender the Clerk's standard copying fee of fifty cents (.50) per page. Petitioner may forward a check from a penal institution, a cashier's check, or a money order in the appropriate amount, payable to "Clerk, U.S. District Court." The payment must include Plaintiff's name, inmate number, and the case number, as well as a specific description of the documents to be copied. The Court will direct the Clerk to provide Plaintiff with a copy of the docket sheet in this case.

Accordingly, it is **ORDERED:**

That Petitioner's "Application to Proceed for Transcript in Forma Pauperis and Declaration in Support of Application," Doc. 126, is **DENIED** except to the extent that the **Clerk** shall send Defendant one copy of the docket.**.**

**DONE AND ORDERED** this 24th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge